IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00004-SPM-AK

WILLIE CHARLES CARTER,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 282, Motion to Continue Sentencing, filed by Defendant Willie Charles Carter. Defendant's sentencing is currently set for Friday, March 20, 2009 at 11:00 a.m. Defendant requests a continuance of 30 days, because his attorney is set to undergo surgery two days before the scheduled sentencing and is expected to be unable to attend Court for some time thereafter. The Government does not oppose the motion. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Continue Sentencing, Doc. 282, is GRANTED. The sentencing of WILLIE CHARLES CARTER is reset to Wednesday, April 22, 2009, at 2:00 p.m.

**DONE AND ORDERED** this   *16th* day of March, 2009

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge